**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01934-LTB-MEH

ANDREW FIELDS, III,

    Applicant,

v.

RON WILEY, Warden at USP MAX ADX,

    Defendant.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on April 2, 2008 (Doc 19). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the Recommendation is ACCEPTED and this action is DISMISSED WITH PREJUDICE.

                                             BY THE COURT:

                                               s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED: April 23, 2008